# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GEORGE SCOTT CURRY,**
Appellant,

v.

**WOODBERRY LAKES HOMEOWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D22-1451

[May 11, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 502016CC013895XXXXMB.

John J.R. Skrandel of Jerome F. Skrandel, PL, North Palm Beach, for appellant.

Andrea H. Duenas of Hall-Duenas & Carran, PLLC, Port St. Lucie, and Scott J. Lee of SJW Law Group, PLLC, Wellington, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***